# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# HARTFORD DIVISION

| | | |
|---|---|---|
| IN RE: PABLO ORTEGA | : | Case No. 18-20308 JJT |
| | : | Chapter 13 |
| DEBTOR | : | July 1, 2019 |

## OBJECTION TO PROOF OF CLAIM

Pursuant to 11 U.S.C. Section 502(a), the debtor objects to the allowance of Proof of Claim as follows:

CLAIMANT                                            AMOUNT CREDITORS CLAIM AS OWING

Claim # 7

Attn: President and/or CEO
Ditech Financial, LLC
P. O. Box 6154                                                              $33,922.64
Rapid City, South Dakota 57709-6154

PO Box 10587
Greenville, SC 29603-0587

The Debtor disputes this as an allowable claim because Ditech Financial, LLC filed a Chapter 11 Bankruptcy on February 11, 2019 in the New York Southern Bankruptcy Court, Docket No: 19-10412.

Subsequent to Ditech Financial, LLC, U.S. Brank Trust, N.A. as Trustee of Cabana Series III Trust filed Proof of Claim # 21 on 4/16/2019 in the amount for the mortgage arrearage for $45,836.18.

**WHEREFORE,** there are two Proofs of Claim for the same mortgage arrearage filed by 2 separate entities. Debtor disputes the claimed amount of the debt owed to Ditech financial, LLC because based on the documents filed with Proof of Claim #21 and it does not appear in the documentation filed by U.S. Bank Trust, N.A. that there is any documentation establishing that U.S. Bank Trust, N.A. has standing to file a POC because it is not in the chain of title.

The Debtor by,

*/s/ David F. Falvey*
David F. Falvey, his attorney
One Crouch Street
Groton, CT  06340
Tel. No.: (860) 449-1510
CT 08516

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# HARTFORD DIVISION

| | | |
|---|---|---|
| IN RE: PABLO ORTEGA | : | Case No. 18-20308 JJT |
| | : | Chapter 13 |
| DEBTOR | : | Re ECF No |

## ORDER ON OBJECTION TO CLAIM #7

The foregoing Motion, having been heard before this Court, and there being no objection thereto, it is ORDERED, ADJUDGED AND DECREED:

The foregoing Objection to Claim #7, the claim of Ditech Financial, LLC having been presented to the Court and it appearing that the same should be sustained, it is hereby

**SUSTAINED**          **OVERRULED**

DATED: _____          BY THE COURT

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | | |
|---|---|---|
| IN RE: PABLO ORTEGA | : | Case No. 18-20308 JJT |
| | : | Chapter 13 |
| DEBTOR | : | July 1, 2019 |

### NOTICE OF CONTESTED MATTER RESPONSE DATE

Pablo Ortega, (the "Movant") has filed an Objection to Proof of Claim #7, (the "Contested Matter") with the U.S. Bankruptcy Court. Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than July 31, 2019*. In the absence of a timely filed response, the proposed order in the Contested Matter *may* enter without further notice and hearing, *see*, 11 U.S.C. section 102(1).

Dated: July 1, 2019

                                        MOVANT

                                        Pablo Ortega

                                        By: *David F. Falvey, Esq.*
                                        David F. Falvey, Esq.
                                        One Crouch Street
                                        Groton, CT 06340
                                        Tele: 860-449-1510
                                        Fax: 860-449-8046
                                        Email: office@actionadvocacy.com
                                        Federal Bar No.  ct08516

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# HARTFORD DIVISION

| | | |
|---|---|---|
| IN RE: PABLO ORTEGA | : | Case No. 18-20308 JJT |
| | : | Chapter 13 |
| DEBTOR | : | July 1, 2019 |

## CERTIFICATION

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 1st day of July, 2019, the following documents were served on the U.S. Trustee and all appearing parties via the Court's electronic filing system or, by first class mail on the parties listed in section 2 below.

**1.  Documents Served:**
    (1)    Notice and Objection to Proof of Claim #7
    (2)    Proposed Order
    (3)    Notice of Contested Matter Response Date

**2.  Parties Served Via First Class Mail with postage pre-paid:**

Pablo Ortega
1637 Center Groton Rd.
Ledyard, CT 06339

Ditech Financial, LLC
Atten: President and/or CEO
P. O. Box 6154
Rapid City, SD 57709-6154

BSI Financial Services
Atten: President and/or CEO
1425 Greenway Drive, Suite 400
Irving, TX 75038

Attorney Michelle R. Ghidoti-Gonsalves
Ghidotti Berger, LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705


                                            By: *David F. Falvey, Esq.*
                                            David F. Falvey, Esq.

Connecticut Local Form 420B (Notice of Objection to Claim)             08/2018

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In re: PABLO ORTEGA

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*
Debtor(s)

Case No. : 18-20308

Chapter: 13

## NOTICE OF OBJECTION TO CLAIM

PABLO ORTEGA has filed an objection to your claim in this bankruptcy case.

**<u>Your claim may be reduced, modified, or eliminated.</u> You should read these papers carefully and discuss them with your attorney, if you have one.**

**[Note to Objecting Party**: You must choose a response date that is at least thirty (30) days after the date the Objection to Claim is filed, unless otherwise ordered.]

If you do not want the Court to eliminate or change your claim, then on or before 7/30/2019 you or your lawyer must file with the Court a written response to the objection, explaining your position.

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above. Your response should be mailed to:

United States Bankruptcy Court
District of Connecticut
450 Main Street, Hartford CT 06103

A copy of your response should also be mailed to:

David F. Falvey, Esq., One Crouch Street, Groton, CT 06340

(Objector and Objector's attorney, if applicable, name and address)

(Names and addresses of others to be served)

If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim.

Date: 7/2/2019

Signature: /s/ David F. Falvey, Esq.

Name: David F. Falvey, Esq.

Address: One Crouch Street, Groton, CT 06340