Connecticut Local Form 420B (Notice of Objection to Claim)                                08/2018

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In re: PABLO ORTEGA

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*

Debtor(s)

Case No.: 18-20308

Chapter: 13

## NOTICE OF OBJECTION TO CLAIM

PABLO ORTEGA has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

**[Note to Objecting Party**: You must choose a response date that is at least thirty (30) days after the date the Objection to Claim is filed, unless otherwise ordered.]

If you do not want the Court to eliminate or change your claim, then on or before 8/2/2019 you or your lawyer must file with the Court a written response to the objection, explaining your position.

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above. Your response should be mailed to:

United States Bankruptcy Court
District of Connecticut
450 Main Street, Hartford CT 06103

A copy of your response should also be mailed to:

David F. Falvey, Esq., One Crouch Street, Groton, CT 06340

(Objector and Objector's attorney, if applicable, name and address)

(Names and addresses of others to be served)

If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim.

Date: 7/3/2019

Signature: /s/ David F. Falvey, Esq.

Name: David F. Falvey, Esq.

Address: One Crouch Street, Groton, CT 06340

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# HARTFORD DIVISION

IN RE: PABLO ORTEGA           :     Case No. 18-20308 JJT
                                                 :     Chapter 13
            DEBTOR                    :     July 3, 2019

## OBJECTION TO PROOF OF CLAIM #21

Pursuant to 11 U.S.C. Section 502(a), the debtor objects to the allowance of Proof of Claim as follows:

| CLAIMANT | AMOUNT CREDITOR CLAIMs AS OWING |
|---|---|
| Claim # | |
| Attn: President and/or CEO<br>BSI Financial Services<br>1425 Greenway Drive, Suite 400<br>Irving, TX 75038 | $45,836.18 |

The Debtor disputes this as an allowable claim because Ditech Financial, LLC filed a Chapter 11 Bankruptcy on February 11, 2019 in the New York Southern Bankruptcy Court, Docket No: 19-10412.

Previous to the bankruptcy filing, Ditech Financial, LLC had filed a Proof of Claim #7 on 3/21/2018 in the amount of $33,022.04 for mortgage arrearage on a property located at 147 Center Groton Rd., Ledyard, CT 06339.

On 4/16/2019, U.S. Brank Trust, N.A. as Trustee of Cabana Series III Trust filed through BSI Financial Services, Proof of Claim # 21 in the amount of $45,836.18 for the mortgage arrearage on a property located at 147 Center Groton Rd., Ledyard, CT 06339.

**WHEREFORE,** there are two Proofs of Claim for the same mortgage arrearage filed by 2 separate entities. Debtor disputes the amount owed to Ditech Financial, LLC in Proof of Claim #7.

Debtor, also, disputes that U.S. Bank Trust, N.A. has any interest in Debtor's arrearage and ;therefore, its Proof of Claim should be disallowed. It does not appear on the documents filed with Proof of Claim #21 that there is any documentation establishing that U.S. Bank Trust, N.A. has standing to file a Proof Of Claim because there has been no assignment of any interest to U.S. Bank Trust, N.A. nor any assignment of interest to BSI Financial Services.

The Debtor by,

*/s/ David F. Falvey*
David F. Falvey, his attorney
One Crouch Street
Groton, CT   06340
Tel. No.: (860) 449-1510
CT 08516

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# HARTFORD DIVISION

| | | |
|---|---|---|
| IN RE: PABLO ORTEGA | : | Case No. 18-20308 JJT |
| | : | Chapter 13 |
| DEBTOR | : | Re ECF No |

## ORDER ON OBJECTION TO CLAIM #21

The foregoing Motion, having been heard before this Court, and there being no objection thereto, it is ORDERED, ADJUDGED AND DECREED:

The foregoing Objection to Claim #21, the claim of BSI Financial Services having been presented to the Court and it appearing that the same should be sustained, it is hereby

**SUSTAINED**                    **OVERRULED**

DATED: _____          BY THE COURT

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# HARTFORD DIVISION

| | |
|---|---|
| IN RE: PABLO ORTEGA : | Case No. 18-20308 JJT |
| : | Chapter 13 |
| _____DEBTOR_____ : | July 3, 2019 |

## NOTICE OF CONTESTED MATTER RESPONSE DATE

Pablo Ortega, (the "Movant") has filed an Objection to Proof of Claim #7, (the "Contested Matter") with the U.S. Bankruptcy Court. Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than August 2, 2019*. In the absence of a timely filed response, the proposed order in the Contested Matter *may* enter without further notice and hearing, *see*, 11 U.S.C. section 102(1).

Dated: July 3, 2019

                MOVANT

                Pablo Ortega

                By: *David F. Falvey, Esq.*
                David F. Falvey, Esq.
                One Crouch Street
                Groton, CT 06340
                Tele: 860-449-1510
                Fax: 860-449-8046
                Email: office@actionadvocacy.com
                Federal Bar No.  ct08516

---

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# HARTFORD DIVISION

IN RE: PABLO ORTEGA      :   Case No. 18-20308 JJT
              :   Chapter 13
     DEBTOR       :   July 3, 2019

## CERTIFICATION

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 3rd day of July, 2019, the following documents were served on the U.S. Trustee and all appearing parties via the Court's electronic filing system or, by first class mail on the parties listed in section 2 below.

1. **Documents Served:**
   (1) Notice and Objection to Proof of Claim #21
   (2) Proposed Order
   (3) Notice of Contested Matter Response Date

2. **Parties Served Via First Class Mail with postage pre-paid:**

Pablo Ortega
1637 Center Groton Rd.
Ledyard, CT 06339

Ditech Financial, LLC
Atten: President and/or CEO
P. O. Box 6154-
Rapid City, SD 57709-6154

BSI Financial Services
Atten: President and/or CEO
1425 Greenway Drive, Suite 400
Irving, TX 75038

Attorney Michelle R. Ghidoti-Gonsalves
Ghidotti Berger, LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705

                 By: *David F. Falvey, Esq.*
                 David F. Falvey, Esq.