# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
July 28, 2020

In re:
    Pablo Ortega
    Debtor*

Case Number: 18–20308
Chapter: 13

### ORDER ON OBJECTION TO PROOF OF CLAIM(S)

The Objection to the Proof of Claim of Dictech Financial, LLC f/k/a Green TreeServicing, LLC, Claim number(s) 7–1, filed pursuant to Fed. R. Bankr. P. 3007 dated July 1, 2020 (the "Objection to Claim", ECF No. 62), having come before the Court after notice and a hearing, *see 11 U.S.C. § 102(1)*, and the Court having considered the Objection to Claim and any response filed to the Objection to Claim, it appearing that cause exists to sustain the Objection to Claim; it is hereby

**ORDERED:** The Proof of Claim of Dictech Financial, LLC f/k/a Green TreeServicing, LLC, Claim No. 7–1, in the amount of $278,661.72 is hereby disallowed .

Dated: July 28, 2020

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 123 –

*For the purposes of this order, "Debtor" means "Debtors" where applicable.