# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
July 28, 2020

In re:
   Pablo Ortega  
   Debtor*

Case Number: 18–20308  
Chapter: 13

### ORDER ON OBJECTION TO PROOF OF CLAIM(S)

The Objection to the Proof of Claim of U.S. Bank Trust, N.A. as Trustee of Cabana Series III Trust filed through BSI Financial Services, Claim number(s) 21–1, filed pursuant to Fed. R. Bankr. P. 3007 dated July 3, 2019 (the "Objection to Claim", ECF No. 63), having come before the Court after notice and a hearing, *see 11 U.S.C. § 102(1)*, and the Court having considered the Objection to Claim and any response filed to the Objection to Claim, it appearing that cause exists to sustain the Objection to Claim; it is hereby

**ORDERED:** The Proof of Claim of U.S. Bank Trust, N.A. as Trustee of Cabana Series III Trust filed through BSI Financial Services, Claim No. 21–1, in the amount of $280,589.68 is hereby disallowed .

Dated: July 28, 2020

BY THE COURT

*James J. Tancredi*  
United States Bankruptcy Judge  
District of Connecticut

United States Bankruptcy Court  
District of Connecticut  
450 Main Street, 7th Floor  
Hartford, CT 06103

Tel. (860) 240–3675  
VCIS* (866) 222–8029  
* Voice Case Information System  
http://www.ctb.uscourts.gov  
Form 123 –

*For the purposes of this order, "Debtor" means "Debtors" where applicable.